LUTHER C. LOTZ, Respondent, v. EMMETT J. RYAN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JEANNETTE D. SILK, Appellant, v. EDWARD P. SILK, Respondent.— Judgment reversed upon the facts and a new trial granted, with costs to appellant against the defendant Edward P. Silk to abide the event on the ground that the findings are contrary to and against the weight of the evidence. Findings of fact Nos. 3 and 4 are disapproved and reversed. We think a new trial should be had in view of the allegations of condonation. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

DAN BULLARD, Appellant, v. VILLAGE OF ALBION, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ALEXANDER N. McLEOD, Respondent, v. SIMON WERTHEIMER, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SADIE R. GIBSON, Respondent, v. GARRISON MEADOWS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES W. HINE, Suing for Himself and All Other Stockholders Similarly Situated, Respondent, v. WILLIAM H. LAUSTERER, as Executor, etc., of WILLIAM J. LAUSTERER, Deceased, and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALEXANDER F. CHAPIN, as Trustee, etc., of JOSEPH S. KOWALSKI, Appellant, v. JOSEPH S. KOWALSKI and Others, Respondents and Others, Defendants. — Order affirmed, with ten dollars costs and disbursements, on the ground that the complaint fails to allege facts showing either that there were at the time of the transfer existing creditors or that the transfer was fraudulent in wrongfully concealing property from future creditors. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SCOURSINE, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE ROMA, an Infant, by ANTHONY ROMA, His Guardian ad Litem, Respondent, v. THE HYDRO CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARRIE WEBBER, Appellant, v. THOMAS B. TURNER, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, upon the ground that the verdict is inadequate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GENEVA PERMANENT LOAN AND SAVINGS ASSOCIATION, Plaintiff, v. PETER H. COYNE and Another, Respondents, and CORNELIUS T. LYNCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. Finding No. 24 made at defendant's request is disapproved and reversed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.